JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-0152C |
| Plaintiff, | |
| vs. | ORDER EXTENDING TIME TO FILE INDICTMENT |
| HECTOR LOZANO-REYES, | |
| Defendant. | |

The Court, having review the stipulation of the parties, and the defendant's agreement to extend the time for an indictment, finds as fact those facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of Title 18, U.S.C. § 3161(h)(8)(B).

2. An extension of time in which to indict may result in the possible resolution of the case without an indictment and without trial. Thus, the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of Title 18, U.S.C. § 3161(h)(8)(A).

IT IS HEREBY ORDERED that the time within which an indictment in this case must be filed against the defendant shall be extended from June 5, 2006, to July 3, 2006.

[PROPOSED] ORDER EXTENDING
TIME TO FILE INDICTMENT - 1
(Hector Lozano-Reyes; CR06-152JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1   IT IS FURTHER ORDERED that the period of delay from June 5, 2006, through July 3, 2006, is excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

DATED this 19th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by,

s/Nancy D. Tenney
Attorney for the Defendant
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120
Nancy_Tenney@fd.org


s/Annette Hayes
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA   98101
206/553-7970
206/553-0755

[PROPOSED] ORDER EXTENDING
TIME TO FILE INDICTMENT - 2
(Hector Lozano-Reyes; CR06-152JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100